

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KALEAB SIUM ZEWELDI,<br><br>Petitioner,<br><br>v.<br><br>WARDEN JEREMY CASEY,<br><br>Respondent. | Case No.:  26cv2148 DMS MMP<br><br>**ORDER GRANTING PETITION** |

Pending before the Court are Petitioner's Petition for Writ of Habeas Corpus, (Pet. ECF No. 1), and motion to appoint counsel, (ECF No. 2).  The Petition asserts, in part, that Petitioner's detention has become unconstitutionally prolonged in violation of the Fifth Amendment's Due Process Clause.  (Pet. 6.)  Respondents filed a return to the Petition, acknowledging that "courts in this District have repeatedly inferred a constitutional right against prolonged mandatory detention."  (Return, ECF No. 8.)  Thus, Respondents "concede[] that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight."  (*Id.*)

26cv2148 DMS MMP

Considering the parties' briefs and relevant legal authority, and considering Respondents' concession, the Court finds Petitioner's mandatory detention under § 1225(b) violates due process, and **GRANTS** the Petition.[1]  Respondents are directed to arrange an individualized bond hearing for Petitioner before the Immigration Court within **fourteen (14) days** of the entry of this Order.  At the bond hearing, "Respondents must justify [Petitioner's] continued detention by a showing of clear and convincing evidence that Petitioner would likely flee or pose a danger to the community if released." *Sadeqi v. LaRose*.  809 F. Supp. 3d 1090, 1095 (S.D. Cal. 2025).  Respondents are further ordered to file a Status Report within **twenty-one (21) days** of this Order's entry, confirming Petitioner received a bond hearing and the outcome of that hearing.  Because the Petition is granted, appointing Petitioner counsel is unnecessary at this juncture.  Thus, the Court **DENIES** Petitioner's motion to appoint counsel.

**IT IS SO ORDERED.**

Dated:  April 28, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

---

[1] In light of this determination, the Court declines to analyze Petitioner's other claims.

26cv2148 DMS MMP